1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RAMIRO ANDRADE-SANTANA,** | ) | **CV F 04-6481 AWI** |
| **Petitioner**, | ) | **(CR F 02-5256 AWI)** |
| | ) | |
| **v.** | ) | **ORDER DISMISSING** |
| | ) | **PETITIONER'S MOTION TO** |
| | ) | **CORRECT, AMEND OR** |
| | ) | **VACATE HIS SENTENCE** |
| **UNITED STATES OF AMERICA,** | ) | **AND CLOSING THE CASE** |
| | ) | |
| **Respondent.** | ) | **(28 U.S.C. § 2255)** |
| | ) | |
| _____ | ) | |

18    In this case, petitioner Ramiro Andrade-Santana ("Petitioner") seeks relief under 28

19 U.S.C. section[1] 2255 from the sentence of 51 months that was imposed by this court on May 27,

20 2003, following Petitioner's entry of a plea of guilty to one count of 8 U.S.C. 1326, deported

21 alien found in the United States.  On December 23, 2005,  this court issued an order to show

22 cause why the petition should not be dismissed as untimely filed.  Petitioner was ordered to file a

23 response to the order to show cause not later than January 23, 2006.  No response has been filed

24 as of the date of this order.

25    Having received no response from Petitioner, the court hereby adopts by reference the

26 analysis of Petitioner's claims for relief as set forth in the court's order to show cause, filed on

27

28    [1]    References to section numbers hereinafter refer to sections of Title 28 of the
United States Code unless otherwise specified.

December 23, 2005.  Petitioners motion to correct, amend or vacate his sentence pursuant to section 2255 is hereby DENIED for the reasons set forth therein.  The Clerk of the Court shall CLOSE the case.

IT IS SO ORDERED.

**Dated:    September 13, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                      UNITED STATES DISTRICT JUDGE

2